```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


A.H., a minor, by his parents   :
ANTWAUN HAWKINS                 :
     and                        :
TAMESHA HAWKINS,                :
                                :
         Plaintiffs,            :
                                :
     v.                         :  Civil Action No. 05-1247 (JR)
                                :
DISTRICT OF COLUMBIA, et al.,   :
                                :
         Defendants.            :
```

## NOTICE

The plaintiff will TAKE NOTICE that this action will be dismissed without prejudice pursuant to Fed.R.Civ.P 4(m) on December 28, 2005, unless a waiver of service (Fed.R.Civ.P. 4(d)) or proof of service (Fed.R.Civ.P. 4(l)) has been filed before then, or unless the Court finds good cause to extend the time for service.

```
                              JAMES ROBERTSON
                         United States District Judge
```