## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTWAUN HAWKINS, et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**DISTRICT OF COLUMBIA, et al.,**<br>**Defendants.** | )<br>)<br>)<br>)    **Civil Action No. 05-1247**<br>)    **JR**<br>)<br>)<br>) |

## VERIFIED STATEMENT OF ALISHA BOLDEN

1.  I am over 18 years of age and competent to testify regarding the matters described herein.

2.  On October 14, 2005, I served a copy of the complaint and summons in this civil action on Gale Rivers at the offices of the Attorney General for the District of Columbia, One Judiciary Square, 441 Fourth Street, N.W., Washington, D.C. 20001.

3.  On October 14, 2005, I served a copy of the complaint and summons in this civil action on Latisha Cannady at the Offices of the District of Columbia Public Schools, Office of the General Counsel, 825 North Capitol Street, N.E., 9th Floor, Washington, D.C. 20002-4232.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 12/22/05 .

Alisha Bolden
Alisha Bolden