IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTWAUN HAWKINS, et al., <br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, et al., <br> Defendants. | Civil Action No. 05-1247 JR |

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

The Plaintiffs hereby respectfully move pursuant to Rule 55 of the Federal Rules of Civil Procedure for default judgment on all claims. In support of their Motion the Plaintiffs submits the attached Memorandum.

WHEREFORE, the Plaintiffs respectfully request judgment in their favor on all claims and an order ordering the Defendants:

1) to continue to place and fund A.H. at The River School;

2) to pay the Plaintiffs' reasonable attorneys' fees and costs incurred in bringing the administrative hearing and this action.

Respectfully submitted,

/s/_____
Douglas Tyrka, #467500
2807 27th St., NW
Washington, DC 20008
(202) 332-0038

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTWAUN HAWKINS, et al.,<br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br>    Defendants. | )<br>)<br>)<br>)   Civil Action No. 05-1247<br>)   JR<br>)<br>)<br>)<br>) |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT**

    The Plaintiffs filed their complaint on June 22, 2005. The Plaintiffs served their complaint on both Defendants on October 14, 2005.

    Neither Defendant has filed an Answer. Neither of the Defendants has not contacted Plaintiffs' counsel regarding this case.

    In accordance with Rule 55 of the Rules of Civil Procedure, the Court should enter a default and a default judgment against the Defendants and order the relief requested in the Plaintiffs' Motion.

Respectfully submitted,

/s/
Douglas Tyrka, #467500
2807 27th St., NW
Washington, DC  20008
(202) 332-0038