## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
ANTWAUN HAWKINS, et al.,                )
            Plaintiffs,                 )
                                        )    Civil Action No. 05-1247
v.                                      )    JR
                                        )
DISTRICT OF COLUMBIA, et al.,           )
            Defendants.                 )
_____)

## ORDER

In consideration of the Plaintiffs' Motion for Default Judgment, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Defendant shall continue the placement and funding of A.H.

at The River School; and it is further

ORDERED that the Defendants shall pay the Plaintiffs' reasonable attorneys' fees

and costs incurred in bringing the administrative hearing and this action.

SO ORDERED.

_____
JAMES ROBERTSON
United States District Judge

1