UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTWAUN HAWKINS. et. al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al*. )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1247 (JR) |

## ORDER

Upon consideration of Defendants' Opposition to Plaintiffs' Motion for Default and Motion to Dismiss the Complaint with prejudice, the response of the Plaintiffs' if any, and the record in this proceeding, it is, this ____ day of _____, 2006,

ORDERED:  that Plaintiffs' Motion for Default is hereby DENIED; it is

FURTHER ORDERED, that Defendants' Motion to Dismiss the complaint is GRANTED; and it is

FURTHER ORDERED, that the complaint herein is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE