IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**ANTWAUN HAWKINS, et al.,**                )
      **Plaintiffs,**                         )
                                            )       **Civil Action No. 05-1247**
**v.**                                      )       **JR**
                                            )
**DISTRICT OF COLUMBIA, et al.,**           )
      **Defendants.**                        )
_____)

### ORDER

In consideration of the Defendants' Motion to Dismiss and the Plaintiffs' Opposition, it is hereby

ORDERED that the Motion is DENIED; and it is further

ORDERED that time for the service of the Complaint is extended until January 7, 2005;

SO ORDERED.

_____
JAMES ROBERTSON
United States District Judge

1