**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| A.H., a minor, by his parents, ANTWAUN HAWKINS and TAMESHA HAWKINS, ) ) ) ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 05-1247 (JR) |
| DISTRICT OF COLUMBIA and ) | |
| CLIFFORD B, JANEY ) | |
| Defendants. ) | |

**DEFENDANTS' ANSWER TO COMPLAINT**

Defendants District of Columbia and Clifford B. Janey, by counsel, here answer Plaintiffs' Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

1. The allegations contained in paragraph 1 of the Complaint are characterization of the pleader to which no response is required. If a response is required, then the same allegations are denied, except that Defendants admit the existence of the cited statute.

2. Defendants admit the existence of the statutes referenced in paragraph 2 of the Complaint. The remaining allegations in paragraph 2 are conclusions of the pleader to which no response is required. If a response is required, they are denied.

3. Defendants admit that the Plaintiff participated in an impartial administrative hearing but deny that the hearing was conducted by the DCPS Office of Management Services in the first sentence of paragraph 3 of the Complaint. Further

answering said paragraph, Defendants admit the allegations in the second sentence of paragraph 3 of the Complaint.

    4.    Defendants admit the allegations in paragraph 4 of the Complaint.

    5.    Defendants deny the allegations in paragraph 5 of the Complaint.

    6.    Defendants admit the allegations in paragraph 6 of the Complaint except as to any implication that DCPS is solely responsible for providing free and appropriate public education to disabled children in the District of Columbia.

    7.    Defendants admit the allegations in paragraph 7 of the Complaint.

    8.    Defendants deny the allegations contained in paragraph 8 of the Complaint.

    9.    Defendants admit the allegations contained in paragraph 9 of the Complaint.

    10.    Defendants admit the allegations contained in paragraph 10 of the Complaint.

    11.    Defendants deny the allegations contained in paragraph 11 of the Complaint.

    12.    Defendants deny the allegations contained in paragraph 12 of the Complaint.

    13.    Defendants deny the allegations contained in paragraph 13 of the Complaint.

    14.    Defendants deny the allegations contained in paragraph 14 of the Complaint.

15. Defendants deny the allegations contained in paragraph 15 of the Complaint.

16. Defendants admit the allegations contained in paragraph 16 of the Complaint.

17. Defendants admit the allegations contained in paragraph 17 of the Complaint.

18. The allegations contained in paragraph 18 of the Complaint are characterizations of the pleader to which no response is required. If a response is required, they are denied.

19. Defendants deny the allegations contained in paragraph 19 of the Complaint.

20. Defendants incorporate as though restated each of the answers stated in paragraphs 1 through 19 above.

21. Defendants admit the existence of the statute cited in paragraph 21 which speaks for itself.

22. Defendants admit the existence of the regulation cited in paragraph 22 which speaks for itself.

23. Defendants deny the allegations contained in paragraph 23 of the Complaint.

24. Defendants incorporate as though restated each of the answers stated in paragraphs 1 through 23 above.

25. The allegations in paragraph 25 of the Complaint are legal conclusions of the pleader to which no response is required. Is a response is required, they are admitted.

26. Defendants deny the allegations contained in paragraph 26 of the Complaint.

BY WAY OF FURTHER ANSWER, Defendants deny all allegations of wrong-doing not otherwise responded to or admitted.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Hearing Officer's Decision is supported by substantial evidence in the administrative record and should be affirmed.

WHEREFORE, Defendant demands that the Complaint be dismissed and that Defendant be awarded the expense of litigation, costs, and interest, and such other relief as the Court deems just and proper.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

**/s/ Carol E. Burroughs**
CAROL E. BURROUGHS [#415432]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6520
Fax: 202-727-0431
Email: Carol. Burroughs@dc.gov

**February 13, 2006**

4