IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTWAUN HAWKINS, et al.,<br>       Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br>       Defendants. | Civil Action No. 05-1247 JR |

### REPORT OF PARTIES UNDER LOCAL RULE 16.3

**Plaintiff's Statement of the Case and its Bases**

This is a claim for injunctive relief brought under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et seq.* The Plaintiffs seek an injunction ordering the District of Columbia Public Schools ("DCPS") to continue their placement and funding of the Plaintiffs' son A.H. at The River School, a private school in Washington, D.C.

DCPS originally placed A.H. at The River School, which DCPS found to be an appropriate "least restrictive environment" for him. At The River School, A.H., who uses hearing aides and requires some specialized instruction to overcome his related speech and language disabilities, spends his entire day in classes comprised almost exclusively of non-disabled peers – an "inclusion" environment.

DCPS has proposed to change A.H.'s placement to a school that does not offer an inclusion environment. Instead, in DCPS' proposed placement, A.H. would be taught all of his academic subjects in separate classes with only disabled children.

The Plaintiffs brought an administrative hearing under the Individuals with Disabilities Education Act ("IDEA") to contest the change in placement. The Hearing Officer denied their claim, but failed to address the law's requirement that a disabled

1

child be educated in the least restrictive environment possible – that is, one in which the child spends as much time as possible with non-disabled peers.

**Defendant's Statement of the Case and its Bases**

This is an appeal of a hearing officer's decision, brought under the federal Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 1400-1461. The hearing officer held that DCPS' proposed placement of A.H. at the Key School was appropriate and dismissed plaintiffs' case. The Plaintiffs seek reversal of the HOD and a directive that the District of Columbia Public Schools ("DCPS") to continue their placement and funding of the Plaintiffs' son A.H. at The River School, a private school in Washington, D.C.

**Parties' Proposed Schedule**

The Parties have conferred regarding scheduling, and state as follows:

1. The Parties expect the case to be resolved by dispositive motion.
2. The Parties have not as yet narrowed the issues in dispute, but are currently negotiating to that end.
3. The Parties are currently discussing settlement. Some progress has been made, but it remains unclear whether settlement is possible.
4. The Parties do not think that this case would benefit from ADR.
5. The Parties propose the following deadlines:

    a. March 6, 2006 - Defendants file administrative record and transcript;
    b. April 20, 2006 – Parties' summary judgment motions;
    c. May 8, 2006 – Parties' oppositions;
    d. May 22, 2006 – Parties' replies.

6. The Parties stipulate to dispense with the requirements of Rule 26(a)(1).
7. The Parties do not currently believe that discovery or experts will be necessary.

8.  The Parties do not recommend bifurcation.

9.  The Parties propose that all other scheduling be decided if necessary following the resolution of the motions for summary judgment.

Respectfully submitted,

/s/ Douglas Tyrka /s/
Douglas Tyrka, #467500
2807 27th St., NW
Washington, DC  20008
(202) 332-0038


/s/ Carol Burroughs
Carol Burroughs, #415432
Assistant Attorney General
Office of the Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor South
Washington, DC  20001
(202) 724-6520