IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTWAUN HAWKINS, et al., )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>    Defendants. )<br>) | Civil Action No. 05-1247 JR |

**JOINT AMENDED REPORT OF PARTIES UNDER LOCAL RULE 16.3**

After further discussions, the parties request the following deadlines be substituted for those set out in the parties' Rule 16.3 report filed March 2, 2006 (at page 2):

    a. March 22, 2006 - Defendants file administrative record;
    b. April 25, 2006 – Parties' summary judgment motions;
    c. May 17, 2006 – Parties' oppositions;
    d. May 31, 2006 – Parties' replies.

An amended order reflecting this new schedule is appended thereto.

Respectfully submitted,

/s/ Douglas Tyrka
Douglas Tyrka, #467500
2807 27th St., NW
Washington, DC  20008
(202) 332-0038


/s/ Carol E. Burroughs
Carol E. Burroughs, #415432
Assistant Attorney General
Office of the Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor South
Washington, DC  20001
March 15, 2006                            (202) 724-6520

1