IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTWAUN HAWKINS, et al., )<br>   Plaintiffs, )<br>v. )<br> )<br>DISTRICT OF COLUMBIA, et al., )<br>   Defendants. )<br> ) | Civil Action No. 05-1247<br>(JR) |

## ORDER

This matter having come before the Court for an initial scheduling conference and having considered the requests of the Parties, this Court issues the following scheduling order. It is hereby

ORDERED that the Parties shall comply with the following directives:

1) The Defendants shall file the administrative record and transcripts of the administrative hearing on or before March 22, 2006.

2) The Parties shall file their motions for summary judgment on or before April 20, 2006.

3) The Parties shall file their opposition to the motion on or before May 8, 2006.

4) The Parties shall file their replies to the oppositions on or before May 22, 2006.

It is further ORDERED that this matter is exempt from the requirement of FRCP 26(a)(1).

   SO ORDERED.          _____

                      Judge James Robertson
                      United States District Judge