UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
A.H., a minor, by his parents   :
ANTWAUN HAWKINS                 :
    and                         :
TAMESHA HAWKINS,                :
                                :
        Plaintiffs,             :
                                :
    v.                          :  Civil Action No. 05-1247 (JR)
                                :
DISTRICT OF COLUMBIA, et al.,   :
                                :
        Defendants.             :
```

### SCHEDULING ORDER

The parties' Rule 16.3 report is **approved**. Defendant shall file the administrative record and transcript by March 29, 2006. The parties' cross-motions for summary judgment are due May 2, 2006, with oppositions and replies due May 24 and June 7, 2006. It is

**ORDERED** that extensions of time to file or respond to dispositive motions will be granted as a matter of course if all parties consent. Do not file a motion for such a consented extension. Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468). Do not recite reasons. The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it. That party will be responsible for providing appropriate notice or service to all

other parties.  Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.

It is **SO ORDERED**.


                                        JAMES ROBERTSON
                                   United States District Judge