**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ANTWAUN HAWKINS, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil Action No. 05-1247** |
| **v.** | ) | **JR** |
| | ) | |
| **DISTRICT OF COLUMBIA, et al.,** | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Attached is an index of the administrative record in this proceeding. The record

documents themselves (with a copy of this Notice and the attached index) are in paper

form and are being maintained in the case file in the Clerk's Office.  These documents

will be available for public viewing and copying between the hours of 9:00 a.m. and 4:00

p.m. Monday through Friday.  A copy of these documents is being served on counsel for

the Plaintiff, by U.S. mail, simultaneous with their filing with the Clerk.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General
 for the District of Columbia

GEORGE C. VALENTINE
 Deputy Attorney General
 Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [012914]
Chief, Equity Section II

**/s/ Carol E. Burroughs**
CAROL E. BURROUGHS [415432]
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6520

March 29, 2006