**A.H. v. District of Columbia**
**Civil Action No. 05-1247 (JR)**

**Index of Record**

|    |    | **Page** |
|----|----|------|
| 1. | Certification of Record | 1 |
| 2. | Hearing Officer's Decision, 5/23/05 | 2 |
| 3. | Plaintiffs Supp. Memo to Hearing of April 14, 2005, 4/28/05 sent 4/29/05 | 14 |
| 4. | Request for Mediation/Hearing with attachment dated 1/21/05 | 24 |
| 5. | Letter Motion for Continuance by plaintiff dated 1/31/05 | 29 |
| 6. | Hearing Notice to Counsel, Revised Copy 3/9/05 | 30 |
| 7. | DCPS Disclosure Statement, 4/7/05 | 31 |
|    | DCPS-1   Multidisciplinary Team (MDT) Meeting Notes, 1/7/05 | 33 |
|    | DCPS-2   Individualized Educational Program (IEP), 1/7/05 | 40 |
|    | DCPS-3   Multidisciplinary Team Prior Notice, 1/7/05 | 45 |
|    | DCPS-4   IEP Meeting Notes, 6/21/04 | 46 |
|    | DCPS-4   IEP, dated 6/21/04 | 49 |
|    | DCPS-5   IEP, dated 7/21/03 | 76 |
|    | DCPS-6   Curriculum Vitae for John Schmidt. | 87 |
| 8. | Plaintiffs Supp. Memo to Hearing of April 14, 2005, 4/28/05 sent 5/2/05 | 89 |
| 9. | Curriculum Vitae for Mary O'Leary Kane | 97 |
| 10. | AH-1   Plaintiffs Disclosure Letter dated 4/6/05 | 100 |
|    | AH-2   Hearing Notice dated 3/9/05 | 105 |
|    | AH-3   River School Speech and Language Evaluation Report, 1/6/04 | 106 |
|    | AH-4   Narrative Summary Report, 6/1/04 | 114 |

| | | |
|---|---|---|
| AH-5 | Meeting Notes and IEP (first page only), 6/21/04 | 121 |
| AH-6 | Stay Put Demand, 8/27/04 | 125 |
| AH-7 | Stay Put Demand (Second Notice), 9/1/04 | 128 |
| AH-8 | Stay Put Demand (Third Notice), 9/3/04 | 130 |
| AH-9 | Stay Put Demand (Fourth Notice), 9/9/04 | 133 |
| AH-10 | Interim Order, 9/16/04 | 136 |
| AH-11 | Hearing Officer's Determination, 10/25/04 | 137 |
| AH-12 | Letter from Carolyn Houck to Pamela Owens, 11/11/04 | 141 |
| AH-13 | Letter from Carolyn Houck to Pamela Owens, 12/15/04 | 143 |
| AH-14 | Meeting Notes and IEP, 1/7/05 | 145 |
| AH-15 | Letter from Carolyn Houck to Pamela Owens, 1/12/05 | 169 |
| AH-16 | Stay Put Demand, 1/20/05 | 171 |
| AH-17 | Stay Put Demand, Request for Compliance | 175 |
| AH-18 | Compensatory Education Plan, 1/28/05 | 177 |
| AH-19 | Joint Letter Motion for Continuance, 3/7/05 | 180 |
| AH-20 | Second Amended Hearing Request, 3/12/05 | 182 |
| AH-21 | Letter from Carolyn Houck to Tammy Hubbard, OTR/L, 3/18/05 | 188 |
| 11. | Hearing Transcript | 190 |