**A.H. v. District of Columbia**
**Civil Action No. 05-1247 (JR)**

**Index of Record**


| | | Page |
|---|---|---|
| 1. | Certification of Record | 1 |
| 2. | Hearing Officer's Decision, 5/23/05 | 2 |
| 3. | Plaintiffs Supp. Memo to Hearing of April 14, 2005, 4/28/05 sent 4/29/05 | 14 |
| 4. | Request for Mediation/Hearing with attachment dated 1/21/05 | 24 |
| 5. | Letter Motion for Continuance by plaintiff dated 1/31/05 | 29 |
| 6. | Hearing Notice to Counsel, Revised Copy 3/9/05 | 30 |
| 7. | DCPS Disclosure Statement, 4/7/05 | 31 |
| | DCPS-1 Multidisciplinary Team (MDT) Meeting Notes, 1/7/05 | 33 |
| | DCPS-2 Individualized Educational Program (IEP), 1/7/05 | 40 |
| | DCPS-3 Multidisciplinary Team Prior Notice, 1/7/05 | 45 |
| | DCPS-4 IEP Meeting Notes, 6/21/04 | 46 |
| | DCPS-4 IEP, dated 6/21/04 | 49 |
| | DCPS-5 IEP, dated 7/21/03 | 76 |
| | DCPS-6 Curriculum Vitae for John Schmidt. | 87 |
| 8. | Plaintiffs Supp. Memo to Hearing of April 14, 2005, 4/28/05 sent 5/2/05 | 89 |
| 9. | Curriculum Vitae for Mary O'Leary Kane | 97 |
| 10. | AH-1 Plaintiffs Disclosure Letter dated 4/6/05 | 100 |
| | AH-2 Hearing Notice dated 3/9/05 | 105 |
| | AH-3 River School Speech and Language Evaluation Report, 1/6/04 | 106 |
| | AH-4 Narrative Summary Report, 6/1/04 | 114 |

AH-5 Meeting Notes and IEP (first page only), 6/21/04 121

AH-6 Stay Put Demand, 8/27/04 125

AH-7 Stay Put Demand (Second Notice), 9/1/04 128

AH-8 Stay Put Demand (Third Notice), 9/3/04 130

AH-9 Stay Put Demand (Fourth Notice), 9/9/04 133

AH-10 Interim Order, 9/16/04 136

AH-11 Hearing Officer's Determination, 10/25/04 137

AH-12 Letter from Carolyn Houck to Pamela Owens, 11/11/04 141

AH-13 Letter from Carolyn Houck to Pamela Owens, 12/15/04 143

AH-14 Meeting Notes and IEP, 1/7/05 145

AH-15 Letter from Carolyn Houck to Pamela Owens, 1/12/05 169

AH-16 Stay Put Demand, 1/20/05 171

AH-17 Stay Put Demand, Request for Compliance 175

AH-18 Compensatory Education Plan, 1/28/05 177

AH-19 Joint Letter Motion for Continuance, 3/7/05 180

AH-20 Second Amended Hearing Request, 3/12/05 182

AH-21 Letter from Carolyn Houck to Tammy Hubbard, OTR/L, 3/18/05 188

11. Hearing Transcript 190