THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTWAUN HAWKINS, et al.,<br>      Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br>      Defendants. | Civil Action No. 05-1247 JR |

### **ORDER**

In consideration of the Plaintiff's Motion for Summary Judgment, the attached Memorandum, and any opposition thereto, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Defendants shall continue the placement and funding of A.H. at The River School; and it is further

ORDERED that the Defendants shall pay the Plaintiffs' reasonable attorneys' fees and costs incurred in bringing the administrative hearing and this action.

SO ORDERED.

_____
JAMES ROBERTSON
United States District Judge