# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A. H. a minor, by his parents<br>ANTWAUN HAWKINS<br>   and<br>TAMESHA HAWKINS<br><br>   Plaintiffs<br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>   Defendants | Civil Action No. 05-1247<br>(JR) |

## NOTICE OF APPEARANCE

Please note the entry of appearance of the undersigned, Maria L. Merkowitz, Senior Assistant Attorney General, as the attorney on behalf of the defendants, and the withdrawal of the appearance of Carol Elaine Burroughs, Senior Assistant Attorney General.

   Respectfully submitted,

   ROBERT J. SPAGNOLETTI
   Attorney General for the District of Columbia


   GEORGE C. VALENTINE
   Deputy Attorney General for the District of Columbia


   /s/ Edward P. Taptich_____
   EDWARD P. TAPTICH [012914]
   Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, DC 20001
(202) 442-9842
FAX - (202) 727-3625
e-mail – maria.merkowitz@dc.gov

May 22, 2006