## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| | ) | |
| **ANTWAUN HAWKINS, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil Action No. 05-1247** |
| **v.** | ) | **JR** |
| | ) | |
| **DISTRICT OF COLUMBIA, et al.,** | ) | |
| **Defendants.** | ) | |

_____)

## NOTICE AND STIPULATION OF DISMISSAL

The Plaintiffs on behalf of their minor son A.H., hereby stipulate to the dismissal of all claims and state as follows:

1) Since the filing of the Complaint, A.H.'s disability has changed.

2) As a result, the personnel of The River School, the placement originally sought by the Plaintiffs, no longer believe that A.H. can be appropriately educated there.

3) Because A.H. placement at The River School has been funded while this case was pending, tuition reimbursement is not an issue.

4) The only issue remaining is attorneys' fees, from which the Plaintiffs have been relieved and which counsel chooses not to pursue.

5) For these reasons, neither the Plaintiffs nor their minor child will be harmed by the dismissal.

6) The Defendants have made no counter claims and have not filed an Answer, so they will not be harmed by the dismissal.

Respectfully submitted,

/s/ _____

Douglas Tyrka, #467500
2807 27th St., NW
Washington, DC  20008
(202) 332-0038