UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

A.H., a minor, by his parents :
ANTWAUN HAWKINS :
    and :
TAMESHA HAWKINS, :
                               :
       Plaintiffs, :
                               :
   v. : Civil Action No. 05-1247 (JR)
                               :
DISTRICT OF COLUMBIA, *et al.*, :
                               :
       Defendants. :

**ORDER**

Because plaintiff's "notice and stipulation of dismissal" [21] was filed after defendant had moved for summary judgment, it will be construed as a motion for dismissal under Rule 41(a)(2). As so construed, the motion is **granted**, and this case is **dismissed**.


                                            JAMES ROBERTSON
                              United States District Judge